

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00094-CV

**IN THE INTEREST OF K.R.R.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM505589
Honorable Nick Catoe Jr., Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: July 16, 2025

DISMISSED

Appellant filed a notice of appeal in this case on February 11, 2025. On March 11, 2025, this court issued an order notifying Appellant that he had not designated the correct court reporter in this proceeding and that he has not requested preparation of the reporter's record. We ordered Appellant to provide proof of his request for the reporter's record, noting that if he failed to do so, we would consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). Appellant did not respond to our order.

On May 1, 2025, we issued another order notifying Appellant that we had no evidence that the appellee had been served with the notice of appeal. We ordered Appellant to file a response either certifying that he served the appellee with the notice of appeal or provide a written explanation as to why he did not serve the notice of appeal. We cautioned Appellant that if he

failed to comply with our order, we could dismiss this appeal for want of prosecution, for failure to comply with a requirement of the rules of appellate procedure, or for failure to comply with an order of this court. *See* TEX. R. APP. P. 42.3(b), (c). Again, Appellant failed to respond to our order. Therefore, we dismiss appellant's appeal for want of prosecution and for appellant's failure to comply with a court order. *See id*. Costs of appeal are taxed against Appellant.


PER CURIAM